IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| KERWIN STRONG, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil No. 3:15-cv-00777 |
| | ) | Judge Trauger |
| ITS METRO NASHVILLE & DAVIDSON COUNTY, | ) | |
| | ) | |
| Defendant. | ) | |

## O R D E R

On August 16, 2016, the magistrate judge issued a Report and Recommendation (Docket No. 15), to which no timely objections have been filed. The Report and Recommendation is therefore ACCEPTED and made the findings of fact and conclusions of law of this court. For the reasons expressed therein, it is hereby ORDERED that the defendant's Motion to Dismiss (Docket No. 9) is GRANTED, and all claims in this action are DISMISSED WITH PREJUDICE.

This Order constitutes the final judgment in this case.

It is so **ORDERED.**

Enter this 12th day of September 2016.

_____
ALETA A. TRAUGER
U.S. District Judge